| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bryant, Vanessa L. | District Court for the District of Connecticut | 05/31/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge-Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 450 Main Street <br> Room 320 <br> Hartford, Connecticut 06103 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Bryant, Vanessa L.

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 05/31/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | |
| 2. 2010 | -Salary and Bonus |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Just the Beginning Foundation | 9.30.10 - 10.3.2010 | Atlanta, GA | Legal Conference | Meals and lodging subsidy |
| 2. | NY Patent Law Assoc | 3.25.10 | New York, NY | Seminar | Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 05/31/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ACS | Student Loan | K |
| 2. | | | |
| 3. | Nelnet | Student Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 05/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ▓▓▓▓▓ | G | Rent | M | W | | | | | |
| 2. Advance Micro | A | Dividend | J | T | | | J | | |
| 3. Alliance Berstein Global A | A | Dividend | J | T | | | | | |
| 4. Amgen, Inc | A | Dividend | J | T | | | | | |
| 5. Apple Inc | A | Dividend | J | T | | | J | | |
| 6. AT & T | A | Dividend | J | T | | | J | | |
| 7. Authenticate Holding Corp | A | Dividend | J | T | | | | | |
| 8. Bank of America | A | Dividend | | | Sold | 12/17/10 | J | | |
| 9. Bear Sterns Temp Fund | A | Dividend | J | T | | | | | |
| 10. Best Buy | A | Dividend | | | | | J | | |
| 11. Black Rock High Income | A | Dividend | J | T | | | | | |
| 12. Boston Scientific | A | Dividend | J | T | | | | | |
| 13. BP P.L.C. | A | Dividend | J | T | | | J | | |
| 14. Calypte Biomedical | A | Dividend | | | Sold | 12/17/10 | J | | |
| 15. China Pete Chem Corp | A | Dividend | J | T | | | | | |
| 16. China Life Insurance Co. LTD | A | Dividend | | | | | J | | |
| 17. Dryfus Premier FDS S & P Star | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 05/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Duke Energy | A | Dividend | J | T | Buy | 12/17/10 | J | | |
| 19. Exxon Mobil | A | Dividend | J | T | | | | | |
| 20. Fidelity Bond Index Fund | F | Dividend | K | T | | | | | |
| 21. Fidelity Freedom 2020 | A | Dividend | K | T | | | | | |
| 22. Frontier Communications Corp | A | Dividend | J | T | Buy | 07/02/10 | J | | |
| 23. Frontier Communications Corp | A | Dividend | J | T | Sold | 12/17/10 | J | | |
| 24. General Electric | A | Dividend | J | T | | | | | |
| 25. Google Inc | A | Dividend | J | T | | | | | |
| 26. Harbor Small Cap Value | A | Dividend | J | T | | | | | |
| 27. Invitrogen Corp | A | Dividend | | | | | | | |
| 28. I shares TR (Goldman) | A | Dividend | J | T | | | | | |
| 29. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 30. Mass Mutual Retirement | | None | N | W | | | | | |
| 31. Microsoft | A | Dividend | | | | | | | |
| 32. Munder Funds Internet | A | Dividend | | | Sold | 12/17/10 | J | | |
| 33. Munder Funds TR | A | Dividend | | | Sold | 12/17/10 | J | | |
| 34. ▓▓▓▓ Retirement | E | Dividend | O | W | | | | | |

1. Income Gain Codes:         A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only) S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 05/31/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Realnet Work Space Inc | A | Dividend | J | T | | | | | |
| 36. Research in Motion | A | Dividend | J | T | | | J | | |
| 37. Russell EQ I-I | A | Dividend | J | T | | | | | |
| 38. Russell EQ III | A | Dividend | J | T | | | | | |
| 39. Russell Fixed Income | A | Dividend | J | T | | | | | |
| 40. Russess Select Value-I | A | Dividend | J | T | | | | | |
| 41. Sociedad Quimca Minera De Chile | A | Dividend | J | T | | | | | |
| 42. Strips TINT 11/1516 | A | Dividend | J | T | | | | | |
| 43. Symantec Corp | A | Dividend | J | T | | | J | | |
| 44. United States Oil LP Units | A | Dividend | J | T | | | | | |
| 45. Verizon Communications | A | Dividend | | | Sold | 12/17/10 | J | | |
| 46. Virtus | A | Dividend | J | T | Sold | 08/30/10 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 05/31/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L. | 05/31/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vanessa L. Bryant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544